UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEELINE TECHNOLOGIES, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>NORTHWEST PRECISION AG, L.L.C., a Washington limited liability company,<br><br>                Defendant. | NO. CV-07-5048-LRS<br><br>ORDER OF DISMISSAL |

    **PURSUANT** to the Stipulation of Dismissal dated May 15, 2008, it is hereby **ORDERED** that all claims and counterclaims in the above-entitled action be and the same are hereby dismissed with prejudice and without costs.

    **SIGNED** this  20th  day of May, 2008.

                                  s/Lonny R. Suko

                                  LONNY R. SUKO
                                  United States District Judge

\\

Presented by:

MILLER, MERTENS, SPANNER
& COMFORT P.L.L.C.

By: s/ Joel R. Comfort
    KENNETH A. MILLER, WSBA #10946
    JOEL R. COMFORT, WSBA #31477
    Attorneys for Defendant Northwest Precision Ag, LLC
    Miller, Mertens Spanner & Comfort, P.L.L.C.
    1020 North Center Parkway, Suite B
    Kennewick, WA  99336
    Telephone: (509) 374-4200
    Fax:  (509) 374-4229
    Email:  jcomfort@mmslegal.com

Approved as to Form and Substance
and Notice of Presentment Waived:

HOLLAND & HART, LLP

By: s/ Larry E. Prince
    LARRY E. PRINCE, WSBA #33668
    Attorneys for Beeline Technologies, Inc.
    Holland & Hart, LLP
    PO Box 2527
    Boise, ID  83701-2527
    Telephone:  (208) 342-5000
    Fax: (208) 343-8869
    Email:  lprince@hollandhart.com